## June 10, 1976

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN SANDHOP, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 19, 1974, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL

534

460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Lane, JJ.